## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-01553-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

DEAN KUGA,

    Defendant.

_____/

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT DEAN KUGA'S ANSWER TO PLAINTIFF'S AMENDED COMPLAINT [CM/ECF 20]**

**THIS CAUSE** came before the Court upon Plaintiff's Unopposed Motion For Extension of Time to File Response to Defendant Dean Kuga's Answer to Plaintiff's Amended Complaint [CM/ECF 20] (the "Motion"), and the Court being duly advised in the premises does hereby:

**ORDER AND ADJUDGE:** Plaintiff's Motion is granted. Plaintiff shall have up to and including October 23, 2013 to file its response to Defendant's Answer to Plaintiff's Amended Complaint [CM/ECF 20].

**DONE AND ORDERED** this ___ day of _____, 2013.

                By: _____
                      **UNITED STATES DISTRICT JUDGE**