IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01553-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

DEAN KUGA,

    Defendant.

## NOTICE OF CONVERSION TO SUMMARY JUDGMENT

**Michael E. Hegarty, United States Magistrate Judge**.

    Before the Court is Defendant's Motion to Dismiss Plaintiff's Amended Complaint, alleging that Plaintiff fails to state a claim upon which relief may be granted. Docket #31. The *pro se* Defendant has already filed an Answer in this case on September 25, 2013. Docket #20. With the present motion, the Defendant has attached copies of several documents in support of his position.

    Because the Defendant filed an Answer and now wishes to support his Motion to Dismiss with documents outside of the pleadings, it is proper to inform the parties that the Court will convert the Motion to Dismiss into a Motion for Summary Judgment pursuant to Fed. R. Civ. P. 56. *See David v. City & County of Denver*, 101 F.3d 1344, 1352 (10th Cir. 1996). Consequently, either party may submit any additional briefing on the present motion, and in such additional briefing, the parties may respond to the materials already submitted by the Defendant with any "material that is pertinent to the motion." Fed. R. Civ. P. 12(d).

    Therefore, it is ORDERED that the Plaintiff may file a supplemental response to the motion for summary judgment on or before **December 11, 2013**, and the Defendant may file a reply brief

in support of the motion for summary judgment on or before **December 30, 2013**.

Dated at Denver, Colorado, this 26th day of November, 2013.

BY THE COURT:

Michael E. Hegarty
United States Magistrate Judge