IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-01553-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

DEAN KUGA,

    Defendant.

---

## ORDER OF DISMISSAL

---

In accordance with Plaintiff's Notice of Settlement and Voluntary Dismissal With Prejudice of Dean Kuga filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) on December 4, 2013 (ECF No. 40),

ORDERED that this case is **DISMISSED WITH PREJUDICE**.

Dated:  December 6, 2013

                                    BY THE COURT:

                                    s/ Wiley Y. Daniel
                                    Wiley Y. Daniel
                                    Senior United States District Judge